AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Axel CORRALES**<br>Defendant. | Case No. 8:23-mj-487 (DJS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 3, 2023, in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(I) | The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did transport, move and attempt to transport and move, such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Border Patrol Agent Adam M. Matott
*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Sept 5, 2023

_____
*Judge's signature*

City and State: Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

*Continuation Sheet, United States v.* **Axel CORRALES.**

This criminal complaint is based on the following facts:

On September 3, 2023, at approximately 5:18 a.m., Swanton Sector Radio Dispatch advised Burke Border Patrol Agents (BPAs) of a Buckeye camera activation, showing at least two subjects making an illegal entry into the U.S. near Churubusco, NY. BPAs responded to the area and encountered a grey Toyota Camry bearing New Jersey registration S55 PZG driving eastbound on Frontier Road, towards the location of the camera activation. Shortly after, a second BPA observed the same Toyota Camry driving southbound on Lost Nation Road. Lost Nation Road is a north-south traveling road, that ends at Frontier Road, less than one mile from the international boundary with Canada. Lost Nation Road and Frontier Road are commonly used in human smuggling events due to their remoteness and easy access to main routes of egress. The New Jersey vehicle registration was also suspicious, because BPAs commonly encounter out-of-state registered vehicles in human smuggling cases because the drivers normally aren't from the immediate area.

Due to the Buckeye camera activation, the time of day, and the presence of an out-of-state-registered vehicle in a commonly used smuggling area, BPAs conducted a vehicle stop on State Route 11 in Churubusco, NY. BPAs approached the vehicle and identified themselves as such. BPAs noticed a driver and four passengers inside the vehicle.

BPAs questioned each subject as to their citizenship and immigration status. The driver, identified as Axel CORRALES, claimed to be a U.S. Citizen. The four passengers all claimed to be Mexican citizens with no legal right to be in the U.S. All four passengers also freely admitted to just crossing the border illegally.

At that time, all five subjects were arrested and transported to the Burke Border Patrol Station for records checks, interviews, and processing.

At the station, biographical information and fingerprints were entered into Department of Homeland Security databases for all five subjects. Record checks revealed that CORRALES is a U.S. Citizen and that the four passengers are Mexican citizens with no legal right to be in the U.S.

CORRALES was read *Miranda* rights, and agreed to answer questions without a lawyer present. In his interview, CORRALES stated that a man named "Isidro", who asked him to pick up people in northern New York. CORRALES stated that "Isidro" paid him $1,300.00 the day before he made the trip. CORRALES stated that the money came from family members of the people he was picking up, and that the family members were in Mexico. CORRALES stated he knew he was picking up Mexicans who were crossing the border illegally from Canada. CORRALES stated he was in phone contact with three of the four passengers prior to picking them up. CORRALES stated the passengers told him when they were ready to be picked up. CORRALES stated he was bringing the passengers to New York City.